```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
---------------------------------X              ELECTRONICALLY FILED
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
PLYMOUTH COUNTY RETIREMENT        :
ASSOCIATION, individually and on  :
behalf of all others similarly    :
situated,                         :
                                  :
                   Plaintiff,     :
                                  :     **21 Civ. 4390(VM)**
          -against-               :
                                  :
ARRAY TECHNOLOGIES, INC., et al., :
                                  :
                   Defendants.    :
---------------------------------X
JULIAN KEIPPEL, individually      :
and on behalf of all others       :
similarly situated,               :
                                  :
                                  :
                   Plaintiff,     :
                                  :     **21 Civ. 5658(VM)**
          -against-               :
                                  :           **ORDER**
ARRAY TECHNOLOGIES, INC., et al., :
                                  :
                                  :
                   Defendants.    :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Upon review of the complaints and other papers filed with the Court in connection with the cases captioned above, the Court notes that in all material respects the papers describe substantially similar underlying events arising out of the same or similar operative facts, and that the parties are substantially the same parties. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is respectfully requested to consolidate these actions for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the

consolidated action be docketed against the lower numbered case, 21 Civ. 4390; and it is further

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 21 Civ. 5658, as a separate action and remove it from the Court's docket.

**SO ORDERED:**

Dated:   New York, New York
         6 July 2021

_____
Victor Marrero
U.S.D.J.