# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Susan G. Pittard, on behalf of the PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO ("PERA"), declare:

1. I am the Chief of Staff and General Counsel of PERA. I am fully authorized to enter into and execute this Certification on behalf of PERA. I have reviewed a complaint filed in this matter. PERA has authorized the filing of a motion for appointment as lead plaintiff.

2. PERA did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. PERA is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. PERA has made the following transaction(s) during the Class Period in the securities that are the subject of this action: See attached Schedule A.

5. PERA has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Harari v. PriceSmart, Inc.*, No. 19-cv-00958 (S.D. Cal.)
*Allegheny County Employees' Retirement System v. Energy Transfer LP,* No. 20-cv-00200 (E.D. Pa.)

6. PERA will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __2nd__ day of July, 2021.

PUBLIC EMPLOYEES RETIREMENT
ASSOCIATION OF NEW MEXICO

By: _____
Susan G. Pittard, Chief of Staff and
General Counsel

ARRAY TECHNOLOGIES

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/15/2020 | 18,100 | $22.00 |
| 01/08/2021 | 500 | $53.76 |
| 01/08/2021 | 3,500 | $52.62 |
| 01/08/2021 | 8,000 | $52.47 |
| 01/11/2021 | 1,000 | $49.04 |
| 01/14/2021 | 1,500 | $48.87 |
| 01/19/2021 | 4,500 | $47.11 |
| 01/27/2021 | 1,600 | $44.41 |
| 01/27/2021 | 1,700 | $44.40 |
| 01/28/2021 | 2,300 | $41.72 |
| 02/12/2021 | 3,000 | $43.44 |
| 02/12/2021 | 5,100 | $43.87 |
| 02/16/2021 | 1,000 | $43.71 |
| 02/16/2021 | 2,000 | $45.04 |
| 02/16/2021 | 8,600 | $44.24 |
| 02/17/2021 | 500 | $42.19 |
| 03/17/2021 | 4,900 | $31.79 |
| 03/19/2021 | 11,400 | $28.00 |
| 05/10/2021 | 900 | $25.77 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 10/16/2020 | 2,300 | $38.50 |
| 10/16/2020 | 15,800 | $38.89 |
| 05/11/2021 | 10,000 | $24.07 |

Prices listed are rounded up to two decimal places.