USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

WA PING KWAN, derivatively on behalf of ARRAY TECHNOLOGIES, INC. f/k/a ATI INTERMEDIATE HOLDINGS, LLC,

        Plaintiff,

vs.

JIM FUSARO, NIPUL PATEL, TROY ALSTEAD, ORLANDO D. ASHFORD, RON P. CORIO, BRAD FORTH, PETER JONNA, JASON LEE, ATI INVESTMENT PARENT, LLC, OAKTREE ATI INVESTORS, L.P., OAKTREE POWER OPPORTUNITIES FUND IV, L.P., OAKTREE POWER OPPORTUNITIES FUND IV (PARALLEL), L.P., OAKTREE CAPITAL GROUP HOLDINGS, L.P., OAKTREE CAPITAL MANAGEMENT, L.P.,

        Defendants

and

ARRAY TECHNOLOGIES, INC.,

        Nominal Defendant.

---

Civil Action No. 1:21-cv-06127-SLC-VM
Master Case No. 1:21-cv-04390-SLC-VM

### [PROPOSED] ORDER DECONSOLIDATING SHAREHOLDER DERIVATIVE ACTION FROM RELATED SECURITIES CLASS ACTION

Upon the joint request (the "Request") of Derivative Plaintiff Wa Ping Kwan ("Kwan"), Nominal Defendant Array Technologies, Inc., f/k/a ATI Intermediate Holdings, LLC ("Array"), Defendants ATI Investment Parent, LLC, Jim Fusaro, Nipul Patel, Troy Alstead, Orlando D. Ashford, Ron P. Corio, Brad Forth, Peter Jonna, Jason Lee, Oaktree ATI Investors, L.P., Oaktree Power Opportunities Fund IV, L.P., Oaktree Power Opportunities Fund IV (Parallel), L.P., Oaktree Capital Group Holdings, L.P., and Oaktree Capital Management, L.P. (the

"Defendants") to deconsolidate the above-referenced shareholder derivative action, *Kwan v. Fusaro, et. al*, Case No. 1:21-cv-06127-SLC-VM (S.D.N.Y.) (the "*Kwan* Derivative Action"), from a related securities class action before the Court, *Plymouth County Retirement Association v. Array Technologies, Inc., et al.*, Case No. 1:21-cv-04390-SLC-VM (S.D.N.Y.) (the "*Plymouth County* Class Action"); and this Court having determined that the legal and factual bases set forth in the Request establish just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The *Kwan* Derivative Action, captioned *Kwan v. Fusaro, et. al*, Case No. 1:21-cv-06127-SLC-VM, is hereby deconsolidated from the *Plymouth County* Class Action, captioned *Plymouth County Retirement Association v. Array Technologies, Inc., et al.*, Case No. 1:21-cv-04390-SLC-VM.

2. The *Kwan* Derivative Action, captioned *Kwan v. Fusaro, et. al*, No. 1:21-cv-06127-SLC-VM, is hereby reopened as an active matter before the Court.

3. The *Kwan* Derivative Action shall be marked as related to the *Plymouth County* Class Action.

**IT IS SO ORDERED.**

Dated: _____August 16_____, 2021

_____
Victor Marrero
U.S.D.J.