```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PLYMOUTH COUNTY RETIREMENT
ASSOCIATION and CARPENTERS PENSION
TRUST FUND FOR NORTHERN CALIFORNIA,

               Plaintiff,

- against -

ARRAY TECHNOLOGIES, INC., et al.,

               Defendants.

**21 Civ. 4390 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On December 6, 2021, Plaintiffs filed an Amended Complaint. (Dkt. No. 161) The Clerk of Court reviewed the Amended Complaint and determined that it was deficient due to errors in the caption. The Court hereby orders that Plaintiffs are permitted to file a revised pleading that corrects the errors identified by the Clerk of Court.

**SO ORDERED.**

Dated:    December 7, 2021
           New York, New York

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.